LAW OFFICES OF ANDREW L. PACKARD
ANDREW L. PACKARD (Bar No. 168690)
MICHAEL P. LYNES (Bar No. 230462)
319 Pleasant Street
Petaluma, CA 94952
Telephone: (707) 763-7227
Facsimile: (415) 763-9227
andrew@packardlawoffices.com
michael@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION
ALLIANCE

DOWNEY BRAND LLP
NICOLE E. GRANQUIST (Bar No. 199017)
GREGORY T. BRODERICK (Bar No. 220871)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
ngranquist@downeybrand.com
gbroderick@downeybrand.com

Attorneys for Defendants
RIO BRAVO ROCKLIN, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> RIO BRAVO ROCKLIN, et al., <br><br> Defendants. | Case No.  08-01279-MCE-EFB <br><br> **STIPULATION EXTENDING THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT AND STIPULATION AND ORDER EXTENDING DATE OF RULE 26(F) CONFERENCE AND JOINT STATUS REPORT** |

Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendants Rio Bravo

Rocklin, et al., (collectively "Rio Bravo Rocklin"), hereby stipulate to extending the time to

respond to Plaintiff's Complaint.  Based on agreement of the parties that the effective date of

service is September 25, 2008, the current due date for Defendants' response is November 24,

1

PDF created with pdfFactory trial version www.pdffactory.com

1  2008.  With this extension, the due date for a responsive pleading is December 24, 2008.

2          Counsel for CSPA and Rio Bravo Rocklin are presently discussing settlement terms and

3  have made progress towards resolving this case without further judicial involvement.  Thus,

4  pursuant to Local Rule 6-144(a), the parties hereby stipulate to extend the time in which

5  Defendants may file their Answer or otherwise move with respect to Plaintiff's Complaint by an

6  additional 30 days, up to and including December 24, 2008.

7          Because this is the first extension of time up to 30 additional days, the Court's approval is

8  not required pursuant to Local Rule 6-144(a).  If the parties execute a settlement agreement as

9  expected, however, it will be likely that the parties will request a further extension from this

10  Court so that the agreement may be finalized and reviewed by appropriate government agencies,

11  if necessary, before stipulated dismissal.

12          In addition, and for the same reasons, the parties stipulate to extending the date of the

13  conference under Federal Rule of Civil Procedure 26(f) and the joint status report that includes

14  the Rule 26(f) discovery plan.  By issuance of its initial new civil case documents on June 9,

15  2008, this Court required a Rule 26(f) conference to occur and a joint status report including the

16  Rule 26(f) discovery plan to be filed within 60 days of service.  Because the effective date of

17  service is September 25, 2008, the Rule 26(f) conference and joint status report would be due by

18  November 24, 2008.  The parties would prefer to focus their resources on resolving the case.  As

19  such, the parties respectfully request a 30-day extension of the Rule 26(f) conference and joint

20  status report to December 24, 2008.

21          Respectfully Submitted,

22  DATED:  November 10, 2008                    DOWNEY BRAND LLP

23

24                                              By:____/s/ Gregory T. Broderick_____

25                                                   GREGORY T. BRODERICK
                                                     Attorney for Defendants
26                                                   RIO BRAVO ROCKLIN

27

28

2

1    DATED:  November 12, 2008              LAW OFFICES OF ANDREW L. PACKARD

2

3                                          By:      /s/ Michael P. Lynes
                                                  MICHAEL P. LYNES
4                                                 Attorney for Plaintiff
                                           CALIFORNIA SPORTFISHING PROTECTION
5                                                      ALLIANCE

6

7    **IT IS SO ORDERED:**

8
     DATED: November 14, 2008
9

10   _____
                                          MORRISON C. ENGLAND, JR
11                                        UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3

PDF created with pdfFactory trial version www.pdffactory.com