ANDREW L. PACKARD (Cal. Bar No. 168690)
MICHAEL P. LYNES (Cal. Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9229
E-mail: andrew@packardlawoffices.com

MICHAEL R. LOZEAU (Cal. Bar No. 142893)
Lozeau Drury LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: mrlozeau@lozeaudrury.com

Attorneys for Plaintiff CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non profit corporation,<br><br>　　　　　Plaintiff,<br>vs.<br><br>CONSTELLATION ENERGY GROUP OF MARYLAND, INC., CONSTELLATION OPERATING SERVICES, INC., NORTH AMERICAN POWER GROUP, LTD., RIO BRAVO ROCKLIN, AND RIO BRAVO ROCKLIN VENTURES,<br><br>　　　　　Defendants. | Case No. 2:08-cv-01279-MCE-EFB<br><br>**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE; ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

STIPULATION TO DISMISS WITH PREJUDICE;　　　　　　　　　　　CASE NO. 2:08-CV-01279-MCE-EFB
ORDER　　　　　　　　　　　　　　　　　　　　　　1
927112.1

PDF created with pdfFactory trial version www.pdffactory.com

1     WHEREAS, on March 27, 2008, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendants Constellation Energy Group Of Maryland, Inc., Constellation Operating Services, Inc., North American Power Group, Ltd., Rio Bravo Rocklin, And Rio Bravo Rocklin Ventures ("Defendants") with a Notice of Violations and Intent to File Suit ("CWA Notice") under Clean Water Act §505, 33 U.S.C. §1365.

    WHEREAS, on June 6, 2008, CSPA filed its Complaint against Defendants in this Court, *California Sportfishing Protection Alliance v. Constellation Energy Group, Inc. et al.* (USDC, E.D. Cal., Case No. 2:08-cv-01279-MCE-EFB) and said Complaint incorporates by reference all of the allegations contained in CSPA's CWA Notice;

    WHEREAS, on or about February 6, 2009, CSPA provided Defendants with a Notice of Violation ("Prop. 65 Notice Letter") under Sections 25249.5, *et seq.*, of the California Health and Safety Code ("Proposition 65" or "Prop. 65");

    WHEREAS, CSPA and Defendants, through their authorized representatives and without either adjudication of CSPA's claims or admission by Defendants of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the CWA Notice, Complaint and Prop. 65 Notice Letter, thereby avoiding the costs and uncertainties of further litigation. A copy of the Settlement Agreement entered into by and between CSPA and Defendants is attached hereto as Exhibit A and incorporated by reference.

    WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has been completed without objection by the agencies.

    NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The parties respectfully request an order

///

///

///

STIPULATION TO DISMISS WITH PREJUDICE;     CASE NO. 2:08-CV-01279-MCE-EFB
[PROPOSED] ORDER     2
927112.1

PDF created with pdfFactory trial version www.pdffactory.com

from this Court dismissing such claims with prejudice.  In accordance with paragraphs 2 and 19 of the Settlement Agreement, the parties also request that this Court retain and have jurisdiction over the Parties with respect to disputes arising under the agreement.

Dated: _____          LAW OFFICES OF ANDREW L. PACKARD


                                By:_____
                                Andrew L. Packard
                                Attorneys for Plaintiff


Dated: _____          DOWNEY BRAND LLP



                                By:_____
                                Nicole E. Granquist
                                Attorneys for Defendant

STIPULATION TO DISMISS WITH PREJUDICE;           CASE NO. 2:08-CV-01279-MCE-EFB
[PROPOSED] ORDER
                                3
927112.1

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Constellation Energy Group Of Maryland, Inc., Constellation Operating Services, Inc., North American Power Group, Ltd., Rio Bravo Rocklin, And Rio Bravo Rocklin Ventures, as set forth in the Notice and Complaint filed in Case No. 2:08-cv-01279-MCE-EFB, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the agreement attached to the parties' Stipulation to Dismiss as Exhibit A.

IT IS SO ORDERED.

DATED: May 13, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

927112.1
PDF created with pdfFactory trial version www.pdffactory.com